# United States District Court
## For The Western District of North Carolina
## Charlotte Division

George W. Blackwell,

        Plaintiff(s),               JUDGMENT IN A CIVIL CASE

vs.                              3:04-cv-316-1-Mu

James Cavanaugh, Superintendent

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 9, 2005 Order.

**Signed: November 9, 2005**

Frank G. Johns, Clerk
United States District Court